| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202<br>720-865-8301<br>_____<br>Plaintiff: JAMES CULICHIA<br><br>v.<br><br>Defendant: SAFECO INSURANCE COMPANY OF<br>AMERICA, a New Hampshire corporation | |
| J.C. Martin III<br>Attorney for Plaintiff<br>723 South Cascade Avenue<br>Colorado Springs, CO 80903<br>Phone Number: 719-578-5455<br>FAX Number: 719-578-0100<br>E-mail: pit@pit-law.com<br>Atty. Reg. #: 14659 | ▲ COURT USE ONLY ▲<br><br>Case No.<br><br><br>Division: |
| **COMPLAINT** | |

COMES NOW the Plaintiff, James Culichia, by and through his attorney, J.C. Martin III, and for a Complaint against Defendant Safeco Insurance Company of America states, alleges, and avers as follows:

## I.  STATEMENT OF FACTS

1.      At all times pertinent hereto, Plaintiff James Culichia lived in Colorado Springs, Colorado, with automobile liability coverage through Safeco Insurance Company of America, with policy number Y7446597.

2.      At all times pertinent hereto, Defendant Safeco Insurance Company of America, (hereinafter referred to as "Safeco") was a New Hampshire corporation licensed to sell and provide insurance in the State of Colorado, with Safeco issuing the motor vehicle insurance policy under which Plaintiff was covered, policy number Y7446597.

3.      Venue is proper in El Paso County, Colorado because the Plaintiff resides in El Paso County, Colorado, and the insurance policy in question was executed in El Paso County, Colorado.  Furthermore, the Defendant is a foreign corporation doing business in the State of Colorado.

4.      Defendant is not a minor, incompetent person, nor in the U.S. Military, as the Defendant is a foreign corporation.

1

Exhibit A

5.	As all times pertinent hereto, Plaintiff James Culichia was an insured of Defendant Safeco, with automobile policy number Y7446597, with underinsured motorist insurance coverage.

6.	On or about March 11, 2015, Plaintiff was severely injured in a rearend automobile collision caused by Michael Houghton on South Tejon Street in Colorado Springs, Colorado.  The collision was reported to police.  James Culichia, the driver of his vehicle received no traffic citations relative to said automobile collision.

7.	Plaintiff timely reported this automobile collision to Safeco.

8.	Michael Houghton, who caused this traffic collision on March 11, 2015 involving James Culichia, was underinsured at the time of this collision with Progressive Insurance.  Safeco expressly provided consent to settle the claim against Michael Houghton for policy limits of Twenty-Five Thousand Dollars ($25,000).

9.	Plaintiff filed a claim for underinsured motorist benefits for UIM coverage with Defendant Safeco, and submitted the necessary paperwork for said claim, requesting payment to him of Two Hundred Fifty Thousand Dollars ($250,000) under his UIM coverage with Safeco.

10.	Demand was then made on Safeco through adjuster Andrew Gordon on December 4, 2017 for Two Hundred Fifty Thousand Dollars ($250,000).  Medical records and billing statements were sent to Safeco.

11.	Safeco has not made any payment of UIM benefits to its insured, James Culichia.

12.	Safeco has made no payment of benefits on this UIM claim of James Culichia despite receiving proof of permanent and serious debilitating injuries, to include injuries to his brain affecting his cognition, memory and personality, and injuries to his right knee, neck, left shoulder, left trapezius/scapula, right elbow contusion with forearm flexor muscle tendonitis, bicipital tendonitis bilaterally, headaches, muscle spasms, cognitive problems, and a traumatic brain injury substantiated by neuropsychological testing and report, and diagnostic testing (Spectscan) showing brain damage, with medical billings in excess of Twenty-one Thousand Eight Hundred Eighty-Eight ($28,888.00) and permanent brain damage with memory deficits and personality changes.

13.	Defendant Safeco has unreasonably delayed payment of UIM benefits to James Culichia which constitutes an unreasonable denial or delay in the payment of a first party covered benefit, subjecting Defendant Safeco to the provisions of C.R.S. §

10-3-1115 and § 10-3-1116 for unreasonable denial or delay of payment of insurance benefits.

14.    Defendant Safeco failed to conduct a reasonable investigation, has unreasonably denied this claim for UIM benefits by James Culichia without any reasonable medical basis, and Defendant Safeco has violated Colorado Insurance Industry Standards by using an arbitrary and capricious analysis of this claim for UIM benefits by James Culichia as a substitute for the medical opinions of the treating doctors and other treatment providers who have actually met with and treated James Culichia, and Safeco has unreasonably delayed and denied the demand of James Culichia for payment of UIM benefits in the amount of $250,000.

15.    As a result of this March 11, 2015 automobile collision, James Culichia has suffered serious and permanent debilitating injuries which have left him with a traumatic brain injury, with loss of cognitive functioning and personality change, and physical injuries causing him constant chronic pain, limiting his activities of daily life, as a result of this automobile collision, for which James Culichia seeks underinsured motorist coverage benefits through his policy of automobile liability insurance with Defendant Safeco.

## II. FIRST CAUSE OF ACTION
## BREACH OF CONTRACT

16.    Plaintiff restates and realleges paragraphs 1 through 15 above as if set forth herein in full.

17.    Plaintiff James Culichia was the driver of a vehicle insured by Defendant Safeco, including uninsured motorist and underinsured motorist coverage.

18.    Plaintiff James Culichia was severely and permanently injured in a rearend automobile collision on March 11, 2015.

19.    Plaintiff James Culichia made a claim under the UIM portion of the Safeco automobile liability policy, requesting benefits to compensate him for his injuries.

20.    Plaintiff James Culichia has performed all of his obligations under this contract for automobile liability insurance with Defendant Safeco, paid premiums for said policy of insurance, and James Culichia properly applied for UIM benefits with his insurer, Defendant Safeco.

21.    Defendant Safeco breached this contract of insurance by denying payment of UIM benefits to James Culichia on his UIM claim, when Plaintiff James Culichia has made proper claim for said benefits, and said benefits were unreasonably and improperly denied by Safeco.

22.     Plaintiff James Culichia has been unreasonably denied these UIM benefits that were contracted for under the policy of automobile insurance with Defendant Safeco, and requests that judgment enter against Defendant Safeco for $250,000 for his unpaid UIM benefits, which have been wrongfully denied, constituting breach of contract by Defendant Safeco.

WHEREFORE, Plaintiff James Culichia requests that judgment enter on his behalf for his contract damages of $250,000 caused by this breach of contract by Defendant Safeco, for reasonable attorney fees and costs, for expert witness fees and costs, for pre- and post-judgment interest, and for such other relief as the Court and/or jury deems just and proper.

### III. SECOND CAUSE OF ACTION
### STATUTORY CLAIM: 10-3-1115 & 1116
### STATUTORY REMEDY FOR UNREASONABLE DENIAL OF BENEFITS

23.     Plaintiff restates and realleges paragraphs 1 through 22 above as if set forth herein in full.

24.     C.R.S. § 10-3-1115 and § 10-3-1116 provide for the recovery by the Plaintiff for reasonable attorney fees and court costs, and two times the covered benefit for unreasonable delay or denial of insurance benefits.

25.     Plaintiff is a member of the class that these statutes are designed to protect, and the Defendant, Safeco, is part of the class that these statutes are designed to regulate.

26.     Plaintiff James Culichia has suffered financial and emotional injuries as a result of the unreasonable and willful delay or denial of payment of his UIM benefits under this automobile liability insurance coverage with Defendant Safeco. Plaintiff James Culichia has permanent injuries from this collision, with resulting pain, discomfort, mental anguish medical bills in excess of $21,888, and will incur future medical expenses as well as pain and suffering, and loss of enjoyment of life.

27.     Defendant Safeco has unreasonably delayed or denied to its insured, James Culichia, Underinsured Motorist Coverage benefits of $250,000, despite his request for said payment.

WHEREFORE Plaintiff James Culichia requests that judgment enter pursuant to C.R.S. § 10-3-1115 and 1116 for twice the amount of the unreasonably delayed payment of $250,000, for reasonable attorney fees and costs, expert witness fees and costs, pursuant to said statutes, and for pre- and post-judgment interest as provided by Colorado law.

Respectfully submitted this 1st day of March, 2018.

/s/ Original signature on file at the office of:
J.C. Martin III, #14659
723 S. Cascade Ave.
Colorado Springs, CO  80903
719-578-5455
Attorney for Plaintiff

**Address of Plaintiff**
James Culichia
c/o J.C. Martin III, Esq.
723 S. Cascade Ave.
Colorado Springs, CO 80903